UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09264
   XOCHITL CHAVARRIA LUJAN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2854

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 05/22/2007 and was not confirmed.

      The case was dismissed without confirmation 09/26/2007.
----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE | SECURED NOT I | .00 | .00 | .00 |
| GMAC MORTGAGE | SECURED NOT I | .00 | .00 | .00 |
| WELLS FARGO BANK | SECURED NOT I | .00 | .00 | .00 |
| WELLS FARGO BANK | SECURED NOT I | .00 | .00 | .00 |
| WELLS FARGO BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 308.15 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1543.84 | .00 | .00 |
| DEBRA J VORHIES LEVINE | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
----------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 12/27/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                         PAGE   2
          CASE NO. 07 B 09264 XOCHITL CHAVARRIA LUJAN